# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:20-CV-389-FDW-DCK

| | |
|---|---|
| KRISTIN NEESER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MAC ACQUISITION LLC, SULLIVAN'S ) | |
| HOLDING LLC, d/b/a SULLIVAN'S ) | |
| STEAKHOUSE, and SULLIVAN'S OF ) | |
| NORTH CAROLINA, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Motion To Stay Matter" (Document No. 42) filed November 17, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendants' Motion To Stay Matter" (Document No. 42) is **GRANTED**. This matter is **STAYED** until otherwise ordered by the Court.

However, notwithstanding the foregoing, the parties are respectfully reminded that they have up to and including **January 12, 2022** to file a motion for leave to join additional parties or otherwise amend the pleadings, if appropriate. See (Document No. 48).

**SO ORDERED**.

Signed: January 6, 2022

David C. Keesler
United States Magistrate Judge