# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CASE NO. 3:20-CV-389-FDW-DCK

| | |
|---|---|
| KRISTIN NEESER, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| MAC ACQUISITION LLC, SULLIVAN'S ) HOLDING LLC, and SULLIVAN'S OF ) NORTH CAROLINA, LLC, ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Parties' Joint Notice Of Proposed Revisions To Case Deadlines" (Document No. 56) filed January 28, 2022. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the Joint Notice and the record, the undersigned will <u>allow</u> proposed revisions to the case deadlines.

**IT IS, THEREFORE, ORDERED** that the deadlines in this case are set as follows: Expert Reports: Plaintiff – **April 21, 2022**; Defendant - **May 23, 2022**; Discovery Completion – **June 3, 2022**; Mediation Report – **June 3, 2022**; Dispositive Motions – **June 7, 2022**; Motions Hearing – **August 1-5, 2022**; Trial Term – **September 12-30, 2022**.

**SO ORDERED**.

Signed: January 28, 2022

David C. Keesler
United States Magistrate Judge